# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON CAMPBELL, | |
| Plaintiff, | Case No. 1:11-cv-00625 |
| v. | |
| ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., A Pennsylvania Corporation, JOHNSON & JOHNSON, a New Jersey Corporation, and MICHAEL RZESZUTKO, Individually, | Judge Gettleman |
| Defendants. | |

## DEFENDANTS' MOTION TO STAY OR, ALTERNATIVELY, TO DISMISS THIS ACTION PENDING MEDIATION

Defendants, Ortho-McNeil-Janssen Pharmaceuticals, Inc. ("Ortho-McNeil"), Johnson & Johnson and Michael Rzeszutko ("Rzeszutko") (together, "Defendants"), pursuant to Sections 3 and 4 of the Federal Arbitration Act (the "FAA"), 9 U.S.C. §§ 3-4, and Rule 12(b)(1) of the Federal Rules of Civil Procedure, hereby respectfully move this Court to stay or, alternatively, to dismiss this action without prejudice pending the outcome of private mediation between the parties. In support of this motion, Defendants state as follows:

1. Plaintiff Jason Campbell, a former employee of Defendant Ortho-McNeil, has filed a two-count First Amended Complaint alleging race discrimination and retaliation in violation of 42 U.S.C. § 1981, arising from his employment and separation from employment with Ortho-McNeil.

2. Defendants maintain that in connection with his employment at Ortho-McNeil, Plaintiff entered into a binding agreement pursuant to which he agreed to participate in pre-

litigation private mediation before pursuing his claims in court, and that Plaintiff has failed to engage in such mediation despite Defendants' request.  Defendants further contend that in accordance with the FAA and/or general contract law principles, this action should be stayed or dismissed without prejudice, pending the outcome of private mediation of Plaintiff's claims.

3. In further support of this motion, Defendants have filed together herewith Defendants' Memorandum in Support of Their Motion to Stay or, Alternatively, to Dismiss this Action Pending Mediation, and the Declaration of Dolores Smith attached thereto.

WHEREFORE, Defendants respectfully request that this action be stayed or, alternatively, dismissed without prejudice pending the outcome of private mediation of Plaintiff's claims.

Respectfully Submitted,

**ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON AND MICHAEL RZESZUTKO**

By:  s/Alan S. King
Alan S. King, Esq. (ARDC #: 06198223)
Noreen H. Cull, Esq. (ARDC #: 06229417)
Amy E. Lauricella, Esq. (ARDC # 6300500)
Drinker Biddle & Reath LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606-1698
Phone:  (312) 569-1000
Fax:  (312) 569-3334
E-mail:  alan.king@dbr.com
E-mail : noreen.cull@dbr.com
E-mail:  amy.lauricella@dbr.com

CH01/ 25708883.1