UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Jason Campbell

                                                    Plaintiff,

v.                                                             Case No.: 1:11−cv−00625
                                                                 Honorable Robert W. Gettleman

Ortho−McNeil−Janssen Pharmaceuticals, Inc., et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 14, 2011:

      MINUTE entry before Honorable Robert W. Gettleman: Motion to stay [20] is granted and alternative motion to dismiss [20] is denied. Motion hearing held on 4/14/2011 regarding said motion. Status hearing is set for 6/23/2011 at 9:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.