IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:11-cv-00625 |
| v. | ) | |
| | ) | |
| ORTHO-MCNEIL-JANSSEN | ) | Judge Gettleman |
| PHARMACEUTICALS, INC., | ) | |
| A Pennsylvania Corporation, | ) | |
| JOHNSON & JOHNSON, a New Jersey | ) | |
| Corporation, and MICHAEL | ) | |
| RZESZUTKO, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Jason Campbell, and Defendants, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson, and Michael Rzeszutko, by and through their undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to dismissal of this action with prejudice.

**AGREED:**

| | |
|---|---|
| **DEFENDANTS ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, AND MICHAEL RZESZUTKO** | **JASON CAMPBELL** |
| By: s/Alan S. King | By: s/Yao O. Dinizulu |
| Alan S. King (ARDC # 06198223) | Yao O. Dinizulu |
| Noreen Cull (ARDC #: 06229417) | Dinizulu Law Group, Ltd. |
| Amy E. Lauricella (ARDC #: 6300500) | 203 North LaSalle |
| Drinker Biddle & Reath LLP | Suite 2100 |
| 191 North Wacker Drive, Suite 3700 | Chicago, IL 60601 |
| Chicago, Illinois 60606-1698 | dinizulu@dinizululawgroup.com |
| Phone (312) 569-1000 | |
| Fax (312) 569-3334 | |
| alan.king@dbr.com | |
| noreen.cull@dbr.com | |
| amy.lauricella@dbr.com | |

CH01/ 25803525.1